ACCEPTED
03-15-00313-CV
6263484
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/28/2015 6:02:30 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00313

_____

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/28/2015 6:02:30 PM
JEFFREY D. KYLE
Clerk

_____

HERMENIA JENKINS,

*Appellant*,

v.

CROSBY INDEPENDENT SCHOOL DISTRICT, and
MICHAEL L. WILLIAMS, COMMISSIONER OF EDUCATION,

*Appellees*.

_____

Unopposed Motion for Extension of Time to File Appellee's Brief

_____

To the Honorable Third Court of Appeals:

Pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure, the Appellee Commissioner of Education asks for a forty-five (45) day extension of time to file his brief.

1.      The Appellant Hermenia Jenkins filed her brief on July 10, 2015.

2.      The Appellee Commissioner of Education's brief is currently due on August 9, 2015, and granting this request would make the brief due no later than September 24, 2015.

3.     The Appellee Commissioner seeks this extension because counsel has other pending obligations that require filing this motion.

4.     This is the Commissioner's first request for an extension and is not for purposes of delay.

5.     Appellant Hermenia Jenkins and Appellee Crosby ISD do not oppose this motion.

6.     The parties and the Court will not be prejudiced by the granting of this motion.

Accordingly, the Appellee Commissioner asks for a 45-day extension of time to file his brief so it will be due no later than September 24, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

DAVID C. MATTAX
Deputy Attorney General for
Defense Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division

*/s/ Andrew Lutostanski*
ANDREW LUTOSTANSKI

State Bar No. 24072217
Assistant Attorney General
Office of the Attorney General of Texas
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (512) 475-4200
Fax: (512) 320-0167
andrew.lutostanski@texasattorneygeneral.gov
Attorneys for the Commissioner

## CERTIFICATE OF CONFERENCE

I certify that on July 28, 2015 I conferred with counsel for Ms. Jenkins and Crosby ISD by email and they are unopposed to this motion.

*/s/ Andrew Lutostanski*
Andrew Lutostanski

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on July 28, 2015 on the following by e-service and/or email:

Kevin Lungwitz
State Bar No. 12698790
Elizabeth Poole
State Bar No. 24051201
The Lungwitz Law Firm, P.C.
3005 S. Lamar Blvd.
Box D-109-362
Austin, Texas 78704
Phone: (512) 461-0188
Fax: (866) 739.7138
Kevin@LungwitzLaw.com
Elizabeth@LungwitzLaw.com
Attorneys for Ms. Jenkins

David B. Hodkins
State Bar No. 09775530
Rebecca R. Weimer
State Bar No. 24062597
Thompson & Horton L.L.P.
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Phone: (713) 554-6745
Fax: (713) 583-8245
DHodgins@thompsonhorton.com
RWeimer@thompsonhorton.com
Attorneys for Crosby ISD

*/s/ Andrew Lutostanski*
Andrew Lutostanski